## 2013 OK 51

**Ronald Ray WILLIAMS, Plaintiff/Appellee,**

v.

**BIXBY INDEPENDENT SCHOOL DISTRICT, Defendant/Appellant.**

No. 110,401.

Supreme Court of Oklahoma.

June 27, 2013.

### ORDER OF SUMMARY DISPOSITION

¶1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶2 After reviewing the record in this case, THE COURT FINDS that our recent decision in *Douglas v. Cox Retirement Props.*, 2013 OK 37, 302 P.3d 789, disposes of the issues in this case and prohibits an award of attorney fees to Appellant, Bixby Independent School District ("Bixby") under the School Protection Act (SPA), 70 O.S. Supp. 2009, § 6–144(A).

¶3 IT IS THEREFORE ORDERED that the trial court's denial of attorney fees to Bixby is affirmed and the ruling of the Court of Civil Appeals, Division I, (COCA), granting such fees, is reversed. The cause is remanded for further proceedings.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, COMBS, GURICH, JJ., concur.

TAYLOR, J., concurs in result.

WINCHESTER, J., dissents.

## 2013 OK 52

**Cynthia Darlene MORRIS, Individually, Plaintiff–Appellant,**

v.

**HCA HEALTH SERVICES OF OKLAHOMA, INC., d/b/a University Health Partners, Presbyterian Tower, Ronald A. Squires, M.D. and Kristi Prejeant, M.D., Defendants–Appellees,**

and

**OU Medical Center, University of Oklahoma Medical Center, Oklahoma Memorial Hospital, OU Breast Institute, University of Oklahoma Health Science Center OU Breast Institute, OU Physicians, John Doe, whether one or more, whose real name is unknown and Jane Doe, whether one or more, whose real name is unknown, Defendants.**

No. 108,940.

Supreme Court of Oklahoma.

June 27, 2013.

### ORDER OF SUMMARY DISPOSITION

¶1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk*, 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.*, 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, COMBS, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

■

2013 OK 53

**Lisa G. HASSELBRING, Plaintiff–Appellant,**

v.

**John HOUCK, M.D., Defendant–Appellee,**

and

**John Doe, whether one or more, whose real name is unknown and Jane Doe, whether one or more, whose real name is unknown, Defendants.**

No. 109,092.

Supreme Court of Oklahoma.

June 27, 2013.

ORDER OF SUMMARY DISPOSITION

¶ 1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶ 2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk,* 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.,* 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶ 3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings. Appellant's Motion for Oral Argument is denied.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, COMBS, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

■

2013 OK 54

**Marcianne TOTH, Plaintiff–Appellant,**

v.

**DAVID B. MINOR, M.D., P.C., a Domestic Corporation, d/b/a/ Skin Renewal, Defendant–Appellee.**

No. 109,216.

Supreme Court of Oklahoma.

June 27, 2013.

ORDER OF SUMMARY DISPOSITION

¶ 1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶ 2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk,* 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.,* 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶ 3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings.